JEFFREY S. EISENBERG
ATTORNEY AT LAW
405 VILLAGE GREEN
PATCHOGUE, NY 11772
917-930-0226

Re: AA Medical P.C. v. Almansoori
20-cv-04413 (DG) (ARL)

Hon. Diane Gujarti
EDNY

Dear Your Honor:

    I am the former attorney for the plaintiff in this action having been discharged. I expected to receive substitution of attorney forms but that has not occurred as yet. Therefore, please consider this a letter motion to withdraw as counsel for plaintiff. Please adjourn all dates and issue a stay of proceedings in this matter giving plaintiff the appropriate time to retain new counsel.

    I am notifying all counsel of record by ECF and plaintiff by email. I greatly appreciate your consideration in this regard.

Respectfully

Jeffrey S. Eisenberg  2/19/2021

SO ORDERED:

_____
Hon. Diane Gujarti